# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.:  21−48884−tjt
Chapter:  7

In Re: (NAME OF DEBTOR(S))
  Anthony Puma
  28398 Mortenview
  Brownstown Twp, MI 48183

Social Security No.:
  xxx−xx−1827

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be submitted on the most current official form as mandated by the Judicial Conference of the United States within **14** days from the date the bankruptcy petition was filed:

| | | |
|---|---|---|
| ☐ | Bankruptcy Petition Preparers Notice, Declaration and Signature | ☐ Schedule E/F |
| ☑ | Chapter 7 Statement of Your Current Monthly Income Form 122A−1 | ☐ Schedule G |
| ☐ | Credit Counseling Certificate | ☐ Schedule H |
| ☐ | Credit Counseling Certificate − Joint Debtor | ☐ Schedule I |
| ☑ | Declaration About an Individual Debtor(s) Schedules | ☐ Schedule J |
| ☐ | Declaration under Penalty of Perjury for Non−Individual Debtors | ☐ Schedule J−2 |
| ☐ | Declaration under Penalty of Perjury for Debtor(s) without an Attorney | ☑ Schedule A−J |
| ☐ | Initial Statement About an Eviction Judgment Against You | ☑ Statement of Attorney for Debtor(s) Pursuant to F.R.Bankr.P.2016(b) |
| ☐ | Schedule A/B | ☑ Statement of Financial Affairs |
| ☐ | Schedule C − Debtor | ☐ Statement Regarding Authority to Sign and File Petition (Business Only) |
| ☐ | Schedule C − Joint Debtor | ☑ Summary of Assets and Liabilities |
| ☐ | Schedule D | ☐ Tax ID |

The missing document(s) must be filed on or before **11/29/21**.

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 11/12/21

BY THE COURT

Todd M. Stickle , Clerk of Court
U.S. Bankruptcy Court

United States Bankruptcy Court

Eastern District of Michigan

In re:                                                                    Case No. 21-48884-tjt

Anthony Puma                                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2                          User: admin                            Page 1 of 1

Date Rcvd: Nov 12, 2021                    Form ID: defch7                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

**Recip ID**                 **Recipient Name and Address**
db                       + Anthony Puma, 28398 Mortenview, Brownstown Twp, MI 48183-5031

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2021                          Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 11, 2021 at the address(es) listed below:**

**Name**                            **Email Address**

James P. Frego, II

                  on behalf of Debtor Anthony Puma fregolaw@aol.com  R48886@notify.bestcase.com

TOTAL: 1