Certificate Number: 05781-MIE-DE-036145106

Bankruptcy Case Number: 21-48884



05781-MIE-DE-036145106

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 16, 2021</u>, at <u>7:45</u> o'clock <u>PM PST</u>, <u>Anthony Puma</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Michigan</u>.

Date:   <u>November 16, 2021</u>          By:      <u>/s/Allison M Geving</u>

Name:  <u>Allison M Geving</u>

Title:   <u>President</u>