UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Bankr. Case No. 21-48884-tjt

Anthony Puma

Chapter 7

Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

ACAR Leasing Ltd. d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX  76096

By /s/  Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:                                                        Bankr. Case No. 21-48884-tjt

Anthony Puma                                                                    Chapter 7
        Debtor(s)


**Certificate of Service**

This Request for Notice was served electronically on the following individuals on December 8, 2021 :

James P. Frego, II                          Wendy Turner Lewis
Frego & Assc.-The Bankruptcy Law Office     444 West Willis Street
23843 Joy Road                              Suite #101
Dearborn Heights, MI 48127                  Detroit, MI 48201


                                            By  /s/ Lorenzo Nunez
                                                Lorenzo Nunez

xxxxx15383 / 1049586

                                            GM Financial
                                            PO Box 183853
                                            Arlington, TX  76096
                                            877-203-5538
                                            877-259-6417
                                            Customer.service.bk@gmfinancial.com