**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Anthony Puma** | Social Security number or ITIN | **xxx–xx–1827** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Michigan**

Case number:   **21–48884–tjt**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anthony Puma

2/15/22

**By the court:** /s/ Thomas J. Tucker
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 | **Order of Discharge** | page 1

21-48884-tjt   Doc 18   Filed 02/17/22   Entered 02/18/22 00:27:17   Page 1 of 5

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re:                                                                  Case No. 21-48884-tjt

Anthony Puma                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Puma, 28398 Mortenview, Brownstown Twp, MI 48183-5031 |
| 27137951 | + | Cbsmipthuron, 1037 Water St., Port Huron, MI 48060-4408 |
| 27137958 | + | Delores Osborne, 1759 Pagel, Lincoln Park,, MI 48146-3539 |
| 27137963 | + | Merchants & Medical Credit Corp, Attn: Bankruptcy, 6324 Taylor Drive, Flint, MI 48507-4685 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FWTLEWIS.COM | Feb 16 2022 02:33:00 | Wendy Turner Lewis, 444 West Willis Street, Suite #101, Detroit, MI 48201-1748 |
| 27158165 | + | EDI: PHINAMERI.COM | Feb 16 2022 02:33:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 27137946 | + | EDI: PHINAMERI.COM | Feb 16 2022 02:33:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 27137947 | + | EDI: TSYS2 | Feb 16 2022 02:33:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 27137949 | + | EDI: CAPITALONE.COM | Feb 16 2022 02:33:00 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 27137948 | + | EDI: CAPITALONE.COM | Feb 16 2022 02:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 27137950 | + | EDI: CAPITALONE.COM | Feb 16 2022 02:33:00 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 27137952 | | EDI: CITICORP.COM | Feb 16 2022 02:33:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 27137953 | + | EDI: WFNNB.COM | Feb 16 2022 02:33:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 27137954 | + | EDI: WFNNB.COM | Feb 16 2022 02:33:00 | Comenity Bank/Gardner White Furniture, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 27137955 | + | EDI: WFNNB.COM | Feb 16 2022 02:33:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 27137956 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 15 2022 21:35:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 27137957 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 15 2022 21:37:08 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 27137962 | + | EDI: CITICORP.COM | Feb 16 2022 02:33:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 27137959 | + | EDI: BLUESTEM | | |

|  |  |  | Feb 16 2022 02:33:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 27137960 | + | EDI: IIC9.COM | Feb 16 2022 02:33:00 | I C System, Attn: Bankruptcy, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 27137961 | + | EDI: LENDNGCLUB | Feb 16 2022 02:33:00 | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 27137964 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 15 2022 21:37:08 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 27137965 | + | EDI: MID8.COM | Feb 16 2022 02:33:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 27137967 |  | EDI: PRA.COM | Feb 16 2022 02:33:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 27137966 |  | EDI: PRA.COM | Feb 16 2022 02:33:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 27139035 | + | EDI: RECOVERYCORP.COM | Feb 16 2022 02:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 27137968 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2022 21:37:09 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 27137969 | + | EDI: RMSC.COM | Feb 16 2022 02:33:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 27137970 | + | EDI: RMSC.COM | Feb 16 2022 02:33:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 27137945 | + | Email/Text: ustpregion09.de.ecf@usdoj.gov | Feb 15 2022 21:35:00 | U.S. Trustee, 211 W. Fort Street, Suite 700, Detroit, MI 48226-3263 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2022                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:**

**Name**                          **Email Address**

James P. Frego, II

on behalf of Debtor Anthony Puma fregolaw@aol.com  R48886@notify.bestcase.com

Wendy Turner Lewis

wtl@trustesolutions.net   trusteelewis@outlook.com

TOTAL: 2